# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FIDLER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01727 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 6) |

On February 7, 2017, the parties notified the Court that the parties have settled the action. (Doc. 6) They anticipate the settlement will be completed by the end of March. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **March 31, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**February 7, 2017**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE