**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN FIDLER, ) | Case No.: 1:16-cv-01727 AWI JLT |
| Plaintiffs, ) | ORDER CLOSING CASE |
| v. ) | (Doc. 8) |
| BMW OF NORTH AMERICA, LLC, ) | |
| Defendant. ) | |

On February 22, 2017, the parties filed a stipulation dismissing the action. (Doc. 8) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:     **February 23, 2017**            /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE